**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01067-REB-MJW

JACK LUCERE,

    Plaintiff,

v.

FARRELL & SELDIN,
THOMAS F. FARRELL,
BRETT P. RILEY,
JANE DOE, and
JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the plaintiff's **Motion to Dismiss** [#6], filed August 28, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion to Dismiss** [#6], filed August 28, 2006, is **GRANTED**; and

    2. That this action **IS DISMISSED**.

    Dated September 5, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn
                                        United States District Judge**